

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

Hector I. Molina,

      Defendant.

_____/

Case: 4:26-cr-20212
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/15/2026
IND USA v. Hector I. Molina (tt)

Violations:
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT ONE**
### **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

On or about April 3, 2026, in the Eastern District of Michigan, defendant, Hector Molina, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, model SR9, 9mm semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute

On or about April 3, 2026, in the Eastern District of Michigan, defendant, Hector Molina, knowingly and intentionally possessed with intent to distribute a controlled substance, that is a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: a Ruger, model SR9, 9mm semi-automatic pistol, s/n: 33780207; and 3 rounds of 9mm ammunition.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

2

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY VENCE
ANTHONY VANCE
Chief, Branch Offices

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Date: April 15, 2026

3

**Companion Case information MUST be completed by AU**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

Case: 4:26-cr-20212
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/15/2026
IND USA v. Hector I. Molina (tt)

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☑ No | **AUSA's Initials:** BL |

**Case Title:** USA v. U.S. v Hector I. Molina

**County where offense occurred :** Genesee

**Check One:**   ☑ Felony        ☐ Misdemeanor        ☐ Petty

 X Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [Case number: _____]
_____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 15, 2026
_____
Date

s/Blaine Longsworth
_____
Blaine Longsworth
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: blaine.longsworth@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013